| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Todd Diedrich<br>Ashley Esquivel | CASE NO.:<br>CHAPTER: Chapter 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION<br>DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 6/5/23        Todd Diedrich
                    Printed name of Debtor 1        Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 6/5/23        Ashley Esquivel
                    Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                            F 1002-1.EMP.INCOME.DEC



| State of Montana<br>PO Box 200127<br>Helena, MT  59620-0127 | Pay Group: BW5-Corr & PHHS PayGroup<br>Pay Begin Date: 05/06/2023<br>Pay End Date: 05/19/2023 | Business Unit: 69106<br>Advice #: 000000007362855<br>Advice Date: 05/31/2023 | |
|---|---|---|---|
| | | **TAX DATA:** **Federal** | **MT State** |
| **Ashley Erica Esquivel**<br>2052 SCOTT DR<br>HELENA, MT  59601-5501 | Employee ID: 094519<br>Department: 691-06FIS-Fiscal Bureau<br>Location: 2401 COLONIAL DR<br>Job Title: Accountant 2<br>Pay Rate: $26.070000 Hourly | Marital Status: Single<br>Allowances: N/A<br>Addl. Percent: N/A<br>Addl. Amount: | N/A<br>6 |

### HOURS AND EARNINGS

| | ----------- Current ------------ | | ----------- YTD --------------- | | **TAXES** | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Pay | 80.00 | 2,085.60 | 317.00 | 8,264.19 | Fed Withholdng | 0.00 | 190.64 |
| Other Earnings | | | | 1,040.00 | Fed MED/EE | 30.24 | 122.64 |
| | | | | | Fed OASDI/EE | 129.31 | 524.39 |
| | | | | | MT Withholdng | 69.00 | 278.00 |
| **TOTAL:** | **80.00** | **2,085.60** | **317.00** | **9,304.19** | **TOTAL:** | **228.55** | **1,115.67** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Public Employees Retirement | 164.76 | 735.02 | AD&D Post-tax | 0.00 | 6.00 | Public Employees Retirement | 189.16 | 843.88 |
| State FSA Administration Fee | 0.00 | 3.24 | Dependent Life | 0.00 | 1.76 | | | |
| Medical FSA | 0.00 | 502.92 | Long Term Disability-After Tax | 0.00 | 16.92 | | | |
| Pre-Tax Dental | 0.00 | 49.75 | Opt Life Plan C - Post Tax | 0.00 | 23.92 | | | |
| Pre-Tax Hardware | 0.00 | 37.95 | Spouse Life | 0.00 | 1.04 | | | |
| Pre-Tax Medical | 0.00 | 252.50 | | | | | | |
| **TOTAL:** | **164.76** | **1,581.38** | **TOTAL:** | **0.00** | **49.64** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,085.60 | 1,920.84 | 228.55 | 164.76 | 1,692.29 |
| YTD | 9,304.19 | 7,722.81 | 1,115.67 | 1,631.02 | 6,557.50 |

| Year-to-Date | Vacation | Sick Leave | Exempt Comp | Non Exempt Comp | Banked Holiday | Banked Holiday Non Grandfather | Military Leave | Comp Time On Call |
|---|---|---|---|---|---|---|---|---|
| **Start Balance** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **+ Earned** | 18.30 | 14.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **-Taken** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance =** | 18.30 | 14.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | **Account Type** | **Account Number** | **Deposit Amount** |
| Advice #000000007362855 | Checking | XXXX7054 | 26.89 |
| | Checking | XXXX1953 | 1,665.40 |
| **TOTAL:** | | | **1,692.29** |

**MESSAGE:**



| State of Montana<br>PO Box 200127<br>Helena, MT 59620-0127 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BW5-Corr & PHHS PayGroup<br>04/22/2023<br>05/05/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 69106<br>000000007350018<br>05/17/2023 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | MT State |
|---|---|---|---|---|---|
| **Ashley Erica Esquivel**<br>2052 SCOTT DR<br>HELENA, MT 59601-5501 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 094519<br>691-06FIS-Fiscal Bureau<br>2401 COLONIAL DR<br>Accountant 2<br>$26.070000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | N/A<br>6 |

### HOURS AND EARNINGS

| | ----------- Current ----------- | | ----------- YTD ----------- | | TAXES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Pay | 80.00 | 2,085.60 | 237.00 | 6,178.59 | Fed Withholdng | 0.00 | 190.64 |
| Other Earnings | | | | 1,040.00 | Fed MED/EE | 24.67 | 92.40 |
| | | | | | Fed OASDI/EE | 105.47 | 395.08 |
| | | | | | MT Withholdng | 46.00 | 209.00 |
| **TOTAL:** | **80.00** | **2,085.60** | **237.00** | **7,218.59** | **TOTAL:** | **176.14** | **887.12** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Public Employees Retirement | 164.76 | 570.26 | AD&D Post-tax | 1.50 | 6.00 | Public Employees Retirement | 189.16 | 654.72 |
| State FSA Administration Fee | 1.08 | 3.24 | Dependent Life | 0.44 | 1.76 | | | |
| Medical FSA | 167.84 | 502.92 | Long Term Disability-After Tax | 4.23 | 16.92 | | | |
| Pre-Tax Dental | 39.80 | 49.75 | Opt Life Plan C - Post Tax | 5.98 | 23.92 | | | |
| Pre-Tax Hardware | 18.90 | 37.95 | Spouse Life | 0.26 | 1.04 | | | |
| Pre-Tax Medical | 157.00 | 252.50 | | | | | | |
| **TOTAL:** | **549.18** | **1,416.62** | **TOTAL:** | **12.41** | **49.64** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,085.60 | 1,536.42 | 176.14 | 561.59 | 1,347.87 |
| YTD | 7,218.59 | 5,801.97 | 887.12 | 1,466.26 | 4,865.21 |

| Year-to-Date | Vacation | Sick Leave | Exempt Comp | Non Exempt Comp | Banked Holiday | Banked Holiday Non Grandfather | Military Leave | Comp Time On Call |
|---|---|---|---|---|---|---|---|---|
| **Start Balance** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **+ Earned** | 13.68 | 10.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **-Taken** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance =** | 13.68 | 10.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | **Account Type** | **Account Number** | **Deposit Amount** |
| Advice #000000007350018 | Checking | XXXX1953 | 1,347.87 |
| **TOTAL:** | | | **1,347.87** |

**MESSAGE:**



| **State of Montana**<br>PO Box 200127<br>Helena, MT 59620-0127 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BW5-Corr & PHHS PayGroup<br>04/08/2023<br>04/21/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 69106<br>**000000007336975**<br>05/03/2023 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **MT State** |
| **Ashley Erica Esquivel**<br>2052 SCOTT DR<br>HELENA, MT 59601-5501 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 094519<br>691-06FIS-Fiscal Bureau<br>2401 COLONIAL DR<br>Accountant 2<br>$26.070000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | N/A<br>6 |

### HOURS AND EARNINGS

| | ----------------- Current ------------------ | | ------------ YTD --------------- | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | | **Description** | **Current** | **YTD** |
| Regular Pay | 80.00 | 2,085.60 | 157.00 | 4,092.99 | | Fed Withholdng | 190.64 | 190.64 |
| Other Earnings | | 1,040.00 | | 1,040.00 | | Fed MED/EE | 41.34 | 67.73 |
| | | | | | | Fed OASDI/EE | 176.78 | 289.61 |
| | | | | | | MT Withholdng | 110.00 | 163.00 |
| **TOTAL:** | 80.00 | 3,125.60 | 157.00 | 5,132.99 | | **TOTAL:** | 518.76 | 710.98 |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Public Employees Retirement | 246.92 | 405.50 | AD&D Post-tax | 3.00 | 4.50 | Public Employees Retirement | 283.49 | 465.56 |
| State FSA Administration Fee | 1.08 | 2.16 | Dependent Life | 0.88 | 1.32 | | | |
| Medical FSA | 167.64 | 335.28 | Long Term Disability-After Tax | 8.46 | 12.69 | | | |
| Pre-Tax Dental | 9.95 | 9.95 | Opt Life Plan C - Post Tax | 11.96 | 17.94 | | | |
| Pre-Tax Hardware | 15.23 | 19.05 | Spouse Life | 0.52 | 0.78 | | | |
| Pre-Tax Medical | 80.50 | 95.50 | | | | | | |
| **TOTAL:** | 521.32 | 867.44 | **TOTAL:** | 24.82 | 37.23 | *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,125.60 | 2,604.28 | 518.76 | 546.14 | 2,060.70 |
| YTD | 5,132.99 | 4,265.55 | 710.98 | 904.67 | 3,517.34 |

| Year-to-Date | Vacation | Sick Leave | Exempt Comp | Non Exempt Comp | Banked Holiday | Banked Holiday Non Grandfather | Military Leave | Comp Time On Call |
|---|---|---|---|---|---|---|---|---|
| **Start Balance** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **+ Earned** | 9.06 | 7.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **-Taken** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance =** | 9.06 | 7.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**NET PAY DISTRIBUTION**

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000007336975 | Checking | XXXX1953 | 2,060.70 |
| **TOTAL:** | | | 2,060.70 |

**MESSAGE:**



| State of Montana | Pay Group: | BW5-Corr & PHHS PayGroup | Business Unit: | 69106 |
|---|---|---|---|---|
| PO Box 200127 | Pay Begin Date: | 03/25/2023 | Advice #: | 000000007323926 |
| Helena, MT 59620-0127 | Pay End Date: | 04/07/2023 | Advice Date: | 04/19/2023 |

| | | | TAX DATA: | Federal | MT State |
|---|---|---|---|---|---|
| **Ashley Erica Esquivel** | Employee ID: | 094519 | Marital Status: | Single | N/A |
| 2052 SCOTT DR | Department: | 691-06FIS-Fiscal Bureau | Allowances: | N/A | 6 |
| HELENA, MT 59601-5501 | Location: | 2401 COLONIAL DR | Addl. Percent: | N/A | |
| | Job Title: | Accountant 2 | Addl. Amount: | | |
| | Pay Rate: | $26.070000 Hourly | | | |

### HOURS AND EARNINGS

| | ----------------- Current ----------------- | | ----------- YTD ------------- | | TAXES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Pay | 77.00 | 2,007.39 | 77.00 | 2,007.39 | Fed Withholdng | 0.00 | 0.00 |
| | | | | | Fed MED/EE | 26.39 | 26.39 |
| | | | | | Fed OASDI/EE | 112.83 | 112.83 |
| | | | | | MT Withholdng | 53.00 | 53.00 |
| **TOTAL:** | 77.00 | 2,007.39 | 77.00 | 2,007.39 | **TOTAL:** | 192.22 | 192.22 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Public Employees Retirement | 158.58 | 158.58 | AD&D Post-tax | 1.50 | 1.50 | Public Employees Retirement | 182.07 | 182.07 |
| State FSA Administration Fee | 1.08 | 1.08 | Dependent Life | 0.44 | 0.44 | | | |
| Medical FSA | 167.64 | 167.64 | Long Term Disability-After Tax | 4.23 | 4.23 | | | |
| Pre-Tax Hardware | 3.82 | 3.82 | Opt Life Plan C - Post Tax | 5.98 | 5.98 | | | |
| Pre-Tax Medical | 15.00 | 15.00 | Spouse Life | 0.26 | 0.26 | | | |
| **TOTAL:** | 346.12 | 346.12 | **TOTAL:** | 12.41 | 12.41 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,007.39 | 1,661.27 | 192.22 | 358.53 | 1,456.64 |
| YTD | 2,007.39 | 1,661.27 | 192.22 | 358.53 | 1,456.64 |

| Year-to-Date | Vacation | Sick Leave | Exempt Comp | Non Exempt Comp | Banked Holiday | Banked Holiday Non Grandfather | Military Leave | Comp Time On Call |
|---|---|---|---|---|---|---|---|---|
| **Start Balance** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **+ Earned** | 4.44 | 3.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **-Taken** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance =** | 4.44 | 3.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000007323926 | Checking | XXXX1953 | 1,456.64 |
| **TOTAL:** | | | 1,456.64 |

**MESSAGE:**