| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**100 Bayview Circle #100**<br>**Newport Beach, CA 92660**<br>**Phone: (951) 290-2827**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>**Todd Diedrich**<br>**Ashley Esquivel**<br><br><br>Debtor(s). | CASE NO.: 6:23-bk-12440-RB<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1) DEEDS OF TRUST [OR MORTGAGES]**<br>**2) LEASES ON PERSONAL PROPERTY**<br>**3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, *(Debtor's name)* _____Todd Diedrich; Ashley Esquivel_____, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: ___06/07/2023___.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 12914 2nd Street Yucaipa, CA 92399 | Name of Creditor *(printed):* Citadel Service Corp dba Acra Lending  *(check one):* [X] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other *(specify):* _____ | $2,459.31 $2,459.31 | 7/1/2023 8/1/2023 | 8/23/2023 8/23/2023 |
|  | Name of Creditor *(printed):*   *(check one):* [ ] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other *(specify):* _____ |  |  |  |
|  | Name of Creditor *(printed):*   *(check one):* [ ] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other *(specify):* _____ |  |  |  |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      Page 2                                      **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor *(printed)*: <br><br> *(check one):* <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify):* _____ | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one):* <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify):* _____ | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one):* <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify):* _____ | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one):* <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify):* _____ | | | |

6. ☐ *Continued on Attached Page.*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 3    **F 3015-1.4.DEC.PRECONF.PYMTS**

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _____08/23/2023_____    By: _____
                                      Todd Diedrich
                                      Signature of Debtor 1

Date: _____08/23/2023_____    By: _____
                                      Ashley Esquivel
                                      Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                           Page 4                    F 3015-1.4.DEC.PRECONF.PYMTS

# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

---

**FOR YOUR PROTECTION SAVE THIS COPY**    **Customer Copy**
**CASHIER'S CHECK**

08/23/2023
Void after 7 years

**Remitter:** ASHLEY E ESQUIVEL

$** 2,459.31 **

**Pay To The Order Of:** CITADEL SERVICING CORP DBA ACRA LENDING

Drawer: **JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**

Memo:
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**

# CHASE

Date  08/23/2023    Void after 7 years    25-3 / 440

**Remitter:** ASHLEY E ESQUIVEL

**Pay To The Order Of:** CITADEL SERVICING CORP DBA ACRA LENDING

**Pay:** TWO THOUSAND FOUR HUNDRED FIFTY NINE DOLLARS AND 31 CENTS    $** 2,459.31 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

*Rebecca Griffin*

Memo:
Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH



# CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    Customer Copy
**CASHIER'S CHECK**

08/23/2023
Void after 7 years

**Remitter:** ASHLEY E ESQUIVEL

$** 2,459.31 **

**Pay To The Order Of:** CITADEL SERVICING CORP DBA ACRA LENDING

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**    9674701266    25-3
Date  08/23/2023    Void after 7 years    440

# CHASE

**Remitter:** ASHLEY E ESQUIVEL

**Pay To The Order Of:** CITADEL SERVICING CORP DBA ACRA LENDING

**Pay:** TWO THOUSAND FOUR HUNDRED FIFTY NINE DOLLARS AND 31 CENTS    $** 2,459.31 **

Drawer: JPMORGAN CHASE BANK, N.A.

*Rebecca Griffin*
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Do not write outside this box
Memo: _____
Note: For information only. Comment has no effect on bank's payment.