**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TODD DIEDRICH, and<br>ASHLEY EQUIVEL<br><br>Debtors. | Case No.: 6:23-bk-12440-RB<br><br>Chapter 13<br><br>**DECLARATION OF BENJAMIN HESTON RE: PLAN PAYMENT** |

I, Benjamin Heston, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The debtors sent my office payment for their currently due August plan payment. I have a cashier's check in my possession which I will forward to the chapter 13 trustees payment address. A true and correct copy of this cashier's check is attached hereto.

3. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: August 23, 2023

                                              Benjamin Heston

**CASHIER'S CHECK**

0000692
Office AU #  11-24 / 1210(8)
Operator I.D.: k042366

August 22, 2023

PAY TO THE ORDER OF  ***ROD DANIELSON CHAPTER 13 TRUSTEE***

**$4,212.00**

**Four Thousand Two Hundred Twelve and 00/100 -US Dollars**

VOID IF OVER US $ 4,212.00

*[signature]*
CONTROLLER

Payee Address:
Memo: DIEDRICH 23-12440
WELLS FARGO BANK, N.A.
4590 MACARTHUR BLVD
NEWPORT BEACH, CA 92660
FOR INQUIRIES CALL (480) 394-3122