**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

IN RE:

Todd Diedrich
dba A Drain Man

and

Ashley Esquivel

DEBTORS

CASE NO: 6:23-bk-12440-RB

CHAPTER: 13

**CREDITOR'S NOTICE OF ADDRESS CHANGE FOR PREPETITION PAYMENTS/NOTICES AND POSTPETITION PAYMENTS**

| Claim Number: | 16-1 |

| Name of Creditor: | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 |

The above-named Creditor files this notice of its loan servicer's mailing address change to be used to provide notices and/or to deliver payments in this case.

| Prepetition Payments and Notices | |
|---|---|
| Current Address to be changed: | |
| Loan Servicer's Name | Citadel Servicing Corp DBA Acra Lending |
| Address | P.O. Box 52240<br>Phoenix, AZ 85072 |
| Last 4 Digits of Account | 2045 |

| Postpetition Payments | |
|---|---|
| Current Address to be changed: | |
| Loan Servicer's Name | Citadel Servicing Corp DBA Acra Lending |
| Address | P.O. Box 52240<br>Phoenix, AZ 85072 |
| Last 4 Digits of Account | 2045 |

| **Prepetition Payments and Notices** | | **Postpetition Payments** | |
|---|---|---|---|
| **New** Address to be used for <u>BOTH</u> notice and payment purposes: | | **New** Address to be used for payments: | |
| Loan Servicer's Name | Citadel Servicing Corp DBA Acra Lending | Loan Servicer's Name | Citadel Servicing Corp DBA Acra Lending |
| Address | 3 Ada Pkwy Suite 200A<br>Irvine, CA 92618 | Address | 3 Ada Pkwy Suite 200A<br>Irvine, CA 92618 |
| Telephone No. | 858-750-7600 | Telephone No. | 858-750-7600 |
| Last 4 Digits of Account | 2045 | Last 4 Digits of Account | 2045 |

*I declare under penalty of perjury that the address information provided in this Notice of Address Change is true and correct to the best of my knowledge, information and reasonable belief.*

Name:    Noemi Padilla                                         Date:   10/02/2023
Signature:  /s/ Noemi Padilla
Title:       Attorney
Address:  1920 Old Tustin Ave, Santa Ana, CA 92705
Telephone: 949-427-2020
Email:    npadilla@ghidottiberger.com

CERTIFICATE OF SERVICE

On September 29, 2023, I hereby certify that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons either by U.S. Mail or Electronic Mail at the addresses below:

VIA US MAIL:
Debtor
Todd Diedrich
2052 Scott Drive
Helena, MT 59601

Ashley Esquivel
2052 Scott Drive
Helena, MT 59601

U.S. Trustee
US Trustee's Office
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200


VIA ECF
**Debtor's Counsel**
**Benjamin Heston**
bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

Chapter 13 Trustee
**Rod Danielson**
Email: notice-efile@rodan13.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May