**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TODD DIEDRICH, and<br>ASHLEY EQUIVEL<br><br>Debtors. | Case No.: 6:23-bk-12440-RB<br><br>Chapter 13<br><br>**DECLARATION OF BENJAMIN HESTON RE: PLAN PAYMENT** |

I, Benjamin Heston, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The debtors sent my office payment for their currently due September plan payment. I have a check in my possession which I will forward to the Chapter 13 Trustees payment address. A true and correct copy of this check is attached hereto.

3. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: October 4, 2023

_____
Benjamin Heston

1

