# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Todd Diedrich
**SSN:** xxx−xx−4797
**EIN:** 11−3843711
dba A Drain Man
Ashley Esquivel
**SSN:** xxx−xx−1306

2052 Scott Drive
Helena, MT 59601

**BANKRUPTCY NO.** 6:23−bk−12440−RB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: October 12, 2023

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**28 / AUTU**