United States Bankruptcy Court

Central District of California

In re:                                                              Case No. 23-12440-RB

Todd Diedrich                                                Chapter 13

Ashley Esquivel

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: ntc13pln | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Diedrich, 2052 Scott Drive, Helena, MT 59601-5501 |
| jdb | #+ | Ashley Esquivel, 2052 Scott Drive, Helena, MT 59601-5501 |
| 41562038 | # | Citadel Servicing, 25541 Commercentre Dr Ste 250, Lake Forest, CA 92630-4555 |
| 41627427 | + | Citadel Servicing Corp DBA Acra Lending, 3 Ada Pkwy Suite 200A, Irvine, CA 92618-2322 |
| 41562043 | | ELEGANT DENTAL CARE, 24950 REDLANDS BLVE, STE B, Loma Linda, CA 92354-4028 |
| 41562052 | | PAULSON ORTHODONTICS, 219 Cajon St, Redlands, CA 92373-5201 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Oct 13 2023 03:32:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 13 2023 03:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 13 2023 02:23:50 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41562034 | | Email/Text: backoffice@affirm.com | Oct 13 2023 03:33:00 | AFFIRM, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 41562035 | ^ | MEBN | Oct 13 2023 01:35:18 | AWA COLLECTIONS, PO Box 6605, Orange, CA 92863-6605 |
| 41562036 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 13 2023 03:32:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 41562037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2023 01:58:38 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41562039 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2023 03:32:00 | COMENITY BANK, PO Box 182789, Columbus, OH 43218-2789 |
| 41562040 | | Email/Text: bankruptcy@credcontrol.com | Oct 13 2023 03:32:00 | CREDIT CONTROL CORP, 11821 Rock Landing Dr, Newport News, VA 23606-4225 |
| 41562041 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2023 01:57:30 | CREDIT ONE BANK, PO Box 98872, Las Vegas, NV 89193-8872 |
| 41577395 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2023 02:23:41 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41562042 | | Email/Text: mrdiscen@discover.com | | |

District/off: 0973-6 | User: admin | Page 2 of 3
Date Rcvd: Oct 12, 2023 | Form ID: ntc13pln | Total Noticed: 41

| | | | |
|---|---|---|---|
| | | Oct 13 2023 03:32:00 | DISCOVER BANK, PO Box 30939, Salt Lake Cty, UT 84130-0939 |
| 41571788 | | Email/Text: mrdiscen@discover.com | |
| | | Oct 13 2023 03:32:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 41562044 | | Email/PDF: acg.exeter.ebn@aisinfo.com | |
| | | Oct 13 2023 02:08:56 | Exeter Finance, Po Box 166008, Irving, TX 75016-6008 |
| 41598436 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | |
| | | Oct 13 2023 01:57:55 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 41565577 | ^ | MEBN | |
| | | Oct 13 2023 01:35:34 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 41562045 | | Email/Text: Bankruptcy@ICSystem.com | |
| | | Oct 13 2023 03:32:00 | I.C. SYSTEM INC., Po Box 64378, Saint Paul, MN 55164-0378 |
| 41562046 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Oct 13 2023 03:33:00 | JEFFERSON CAPITAL SYSTEMS, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 41646030 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Oct 13 2023 03:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 41562047 | ^ | MEBN | |
| | | Oct 13 2023 01:35:12 | LA CURACAO, 1605 W Olympic Blvd, Los Angeles, CA 90015-3861 |
| 41562049 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 13 2023 02:09:11 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 41562048 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 13 2023 01:58:04 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 41565089 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 13 2023 01:58:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41562051 | + | Email/Text: bankruptcy@ncaks.com | |
| | | Oct 13 2023 03:32:00 | NATIONAL CREDIT ADJUST, 327 W 4TH AVE, HUTCHINSON, KS 67501-4842 |
| 41634242 | + | Email/Text: bankruptcy@ncaks.com | |
| | | Oct 13 2023 03:32:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 41646218 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 13 2023 01:58:38 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 41640482 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 13 2023 01:58:37 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41638387 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Oct 13 2023 03:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 41646222 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Oct 13 2023 03:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 41633334 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Oct 13 2023 03:32:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41641964 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Oct 13 2023 03:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41562053 | ^ | MEBN | |
| | | Oct 13 2023 01:35:07 | RECEIVABLE MANAGEMENT, 240 EMERY ST # 7, BETHLEHEM, PA 18015-1980 |
| 41562054 | | Email/Text: bankruptcygroup@sce.com | |
| | | Oct 13 2023 03:32:00 | Southern California Edison, PO Box 800, Rosemead, CA 91770-0800 |
| 41562055 | | Email/Text: documentfiling@lciinc.com | |
| | | Oct 13 2023 03:32:00 | TELECOM SELF-REPORTED, Po Box 4500, Allen, TX 75013-1311 |
| 41562056 | | Email/Text: webadmin@vhllc.co | |
| | | Oct 13 2023 03:33:00 | VANCE & HUFFMAN LLC, 55 Monette Pkwy |

Ste 100, Smithfield, VA 23430-2577

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Exeter Finance LLC |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 41562050 | * | LVNV FUNDING LLC, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor Ashley Esquivel bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Todd Diedrich bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kelli M Brown | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Noemi Padilla | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, npadilla@ghidottiberger.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sheryl K Ith | on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 8

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Todd Diedrich
**SSN:** xxx–xx–4797
**EIN:** 11–3843711
dba A Drain Man
Ashley Esquivel
**SSN:** xxx–xx–1306

2052 Scott Drive
Helena, MT 59601

**BANKRUPTCY NO.** 6:23–bk–12440–RB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: October 12, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**28 / AUTU**