# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:

(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND

(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE: TODD DIEDRICH
     ASHLEY ESQUIVEL
     2052 SCOTT DRIVE
     HELENA, MT 59601

IN THE MATTER OF:
TODD DIEDRICH
2052 SCOTT DRIVE
HELENA, MT 59601

DATE: 11/15/2023
Case No. 6:23-bk-12440-RB

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| | AFFIRM | $159.00 | NOT FILED | | UNSECURED | 1 |
| | AWA COLLECTIONS | $234.00 | NOT FILED | 9837 | UNSECURED | 2 |
| | BANK OF AMERICA | $266.00 | NOT FILED | 3710 | UNSECURED | 3 |
| 12 | CAPITAL ONE NA | $824.00 | $824.76 | 8625 | UNSECURED | 4 |
| 30 | PORTFOLIO RECOVERY A | $429.00 | $429.07 | 1564 | UNSECURED | 5 |
| 19 | QUANTUM3 GROUP LLC | $267.00 | $315.51 | 2426 | UNSECURED | 6 |
| | CREDIT CONTROL CORP | $91.00 | NOT FILED | 6177 | UNSECURED | 7 |
| 08 | LVNV FUNDING LLC | $1,079.00 | $1,079.32 | 7701 | UNSECURED | 8 |
| 11 | DISCOVER BANK | $2,278.00 | $2,278.58 | 6873 | UNSECURED | 9 |
| | ELEGANT DENTAL CARE | $1,400.00 | NOT FILED | | UNSECURED | 10 |
| | I.C. SYSTEM INC. | $262.00 | NOT FILED | 8545 | UNSECURED | 11 |
| 26 | JEFFERSON CAPITAL SY | $832.00 | $832.50 | 7500 | UNSECURED | 12 |
| | LA CURACAO | $789.00 | NOT FILED | 5099 | UNSECURED | 13 |
| 06 | LVNV FUNDING LLC | $1,569.00 | $1,569.93 | 7603 | UNSECURED | 14 |
| 05 | LVNV FUNDING LLC | $1,401.00 | $1,401.55 | 8779 | UNSECURED | 15 |
| 02 | LVNV FUNDING LLC | $1,181.00 | $1,181.37 | 3775 | UNSECURED | 16 |
| | LVNV FUNDING LLC | $1,079.00 | NOT FILED | 7701 | UNSECURED | 17 |
| 04 | LVNV FUNDING LLC | $1,033.00 | $1,033.37 | 7176 | UNSECURED | 18 |
| 13 | LVNV FUNDING LLC | $595.00 | $595.41 | 7679 | UNSECURED | 19 |
| 07 | LVNV FUNDING LLC | $539.00 | $539.68 | 7633 | UNSECURED | 20 |
| 20 | LVNV FUNDING LLC | $491.00 | $491.20 | 4661 | UNSECURED | 21 |
| 14 | LVNV FUNDING LLC | $490.00 | $490.32 | 3484 | UNSECURED | 22 |
| 03 | LVNV FUNDING LLC | $480.00 | $480.48 | 5416 | UNSECURED | 23 |
| 18 | NATIONAL CREDIT ADJU | $315.00 | $315.00 | 2546 | UNSECURED | 24 |
| | PAULSON ORTHODONTICS | $3,000.00 | NOT FILED | | UNSECURED | 25 |
| | SOUTHERN CALIFORNIA | $7,000.00 | NOT FILED | | UNSECURED | 26 |
| 21 | PINNACLE CREDIT SERV | $455.00 | $424.33 | 0008 | UNSECURED | 27 |
| | VANCE & HUFFMAN LLC | $1,264.00 | NOT FILED | 83 | UNSECURED | 28 |
| 16 | WILMINGTON SAVINGS F | $23,000.00 | $22,954.87 | 2045 | MORTGAGE ARREARS | 29 |
| 15 | EXETER FINANCE LLC | $26,870.00 | $24,425.00 | 1461 | SECURED | 30 |
| 01 | LVNV FUNDING LLC | NOT SCHEDULED | $618.27 | 4308 | UNSECURED | 31 |
| 09 | FIRST PORTFOLIO VENT | NOT SCHEDULED | $967.36 | 0616 | UNSECURED | 32 |
| 10 | FIRST PORTFOLIO VENT | NOT SCHEDULED | $1,122.04 | 0617 | UNSECURED | 33 |
| 17 | QUANTUM3 GROUP LLC | NOT SCHEDULED | $436.18 | 8467 | UNSECURED | 34 |
| 22 | PINNACLE CREDIT SERV | NOT SCHEDULED | $69.44 | 0002 | UNSECURED | 35 |
| 23 | LVNV FUNDING LLC | NOT SCHEDULED | $75.92 | 1631 | UNSECURED | 36 |
| 24 | QUANTUM3 GROUP LLC | NOT SCHEDULED | $756.11 | 9460 | UNSECURED | 37 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:23-bk-12440-RB**

| 25 | JEFFERSON CAPITAL SY | NOT SCHEDULED | $624.97 | 9246 | UNSECURED | 38 |
|----|----|----|----|----|----|----|
| 27 | JEFFERSON CAPITAL SY | NOT SCHEDULED | $1,109.72 | 5767 | UNSECURED | 39 |
| 28 | JEFFERSON CAPITAL SY | NOT SCHEDULED | $728.42 | 0656 | UNSECURED | 40 |
| 29 | JEFFERSON CAPITAL SY | NOT SCHEDULED | $404.46 | 9133 | UNSECURED | 41 |
| 31 | QUANTUM3 GROUP LLC | NOT SCHEDULED | $2,102.13 | 2319 | UNSECURED | 42 |
| | WILMINGTON SAVINGS F | CONDUIT | CONDUIT | 2045 | SECURED ON-GOING | 43 |
| 32 | FRANCHISE TAX BOARD | NOT SCHEDULED | $0.00 | 97/1306 | PRIORITY | 44 |
| 32 | FRANCHISE TAX BOARD | NOT SCHEDULED | PAID OUTSIDE | 97/1306 | PRIORITY | 44 |
| | EXETER FINANCE LLC | NOT SCHEDULED | $2,831.73 | 1461 | UNSECURED | 10030 |

TOTAL:      $79,672.00      $73,509.00

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT
OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE
TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE
CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL

Dated:   11/15/2023

Rod Danielson, Chapter 13 Trustee

## NOTICE OF INTENT TO PAY CLAIMS - Continued

### 6:23-bk-12440-RB

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

| | |
|---|---|
| LUIS CARRILLO | Luis Carrillo |
| Type or Print Name | |

PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

TODD DIEDRICH
2052 SCOTT DRIVE
HELENA, MT  59601

NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE, STE 100
NEWPORT BEACH, CA  92660

Executed on 11/15/2023 at Riverside, California.

| | |
|---|---|
| LUIS CARRILLO | Luis Carrillo |
| Type or Print Name | |