NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TODD DIEDRICH, and<br><br>ASHLEY EQUIVEL,<br><br>Debtors. | Case No.: 6:23-bk-12440-RB<br><br>Chapter 13<br><br>**NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**<br><br>Hearing<br>Date: January 10, 2024<br>Time: 2:00 p.m.<br>Courtroom 303 |

TO THE HONORABLE MAGEDELENA REYES-BORDEAUX, ROD DANIELSON - CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtors, Todd Diedrich and Ashley Esquivel, hereby oppose the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that they will cure the payment delinquency prior to the hearing on this Motion or they will move to modify their plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding has been set for January 10, 2024, at 2:00 p.m. in Courtroom 303 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: December 22, 2023

NEXUS BANKRUPTCY

_____
BENJAMIN R. HESTON
Attorney for Debtor

1