| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>**TODD DIEDRRICH, and**<br><br>**ASHLEY ESQUIVEL,**<br><br><br>Debtor(s). | CASE NUMBER: **6:23-bk-12440-RB**<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w)**<br>**TO MODIFY PLAN OR**<br>**SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (**check all that apply**):
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **10/4/2023**.
   Plan payment amount(s):    **$815** per month for month **1**;
                              **$4,212** per month for months **2 - 60**.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **100%**.

4. There have been **0** previous modification or suspension orders.
   Plan payments have been suspended for **0** months and/or the plan has been extended for **0** months.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%.

6. Proposed modification:
   ☑ Suspend (*indicate number of plan payments*) **2** plan payments.
   ☐ Extend the term by (*indicate number of months*) ___ month(s).
   ☐ Reduce the term by (*indicate number of months*) ___ month(s).
   ☐ Increase the plan payment from **$___** to **$___** from (*date*) _____ to (*date*) _____.
   ☑ Reduce the plan payment from **$4,212** to **$3,785** from (*date*) **8/2023** to (*date*) **end of plan**.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:
   **Debtor, Todd Diedrich, works as a plumber and his business is located in California. Since he and his family now live in Montana, he's been having to fly back and forth in order to take on work. Over the past few months, work has slowed down and he has not been able to work nearly as much as he used to and has not been able to take on any emergency plumbing jobs. As a result, his income has dropped down to approximately $1,300 per month, which is 30% of what it had been prior to the slowdown. He has been looking for regular employment in Montana and Colorado but has not yet been hired.**
   **Ashley Esquivel started her job working for the State of Montana in January of 2023. Although the did not have a bachelor's degree which is usually required for her position, her employer put her on a probationary period with the expectation that she would return to school and obtain this degree. Since Ashley is the primary caretaker for their four kids, she did not have time to take classes and she was let go from her job. She has since been receiving unemployment income.**
   **Debtors recently moved in with Ashley's mother in order to cut down on expenses since they do not need to pay for rent or utilities. They have also cut down on all of their other expenses so that they can prioritize their Chapter 13 plan payment. As a result, their expenses have been cut down from $5,353 to $3,040 per month.**

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:

   a. ☐ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR

   b. ☑ The percentage paid to Class 5 general unsecured creditors will change from **100%** to **0%**.

   Date:    **January 9, 2024**                          /s/Benjamin Heston
                                                         **Benjamin Heston**
                                                         Attorney for Debtor

   I declare under penalty of perjury that the following is true and correct.

   Date:    **January 9, 2024**                          [signature]
                                                         **Todd Diedrich**
                                                         Debtor

   Date:    **January 9, 2024**                          [signature]
                                                         **Ashley Esquivel**
                                                         Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                    **F 3015-1.05.MOTION.MODIFY.SUSPEND**

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Todd** | **Diedrich** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Ashley** | **Esquivel** |
| | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Central District of California** | |
| Case number (if known) | **6:23-bk-12440-RB** | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible.** If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | **Employment status** | ☐ Employed ☑ Not Employed | ☐ Employed ☑ Not Employed |
   | **Occupation** | | |
   | **Employer's name** | | |
   | **Employer's address** | Number Street | Number Street |
   | | City   State   Zip Code | City   State   Zip Code |
   | **How long employed there?** | | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $0.00 | $0.00 |

| | | |
|---|---|---|
| Debtor 1 | **Todd** _____ **Diedrich** | |
| Debtor 2 | **Ashley** _____ **Esquivel** | Case number *(if known)* 6:23-bk-12440-RB |
| | First Name   Middle Name   Last Name | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | **Copy line 4 here** → 4. | $0.00 | $0.00 |
| 5. | **List all payroll deductions:** | | |
|  | 5a. **Tax, Medicare, and Social Security deductions**   5a. | $0.00 | $0.00 |
|  | 5b. **Mandatory contributions for retirement plans**   5b. | $0.00 | $0.00 |
|  | 5c. **Voluntary contributions for retirement plans**   5c. | $0.00 | $0.00 |
|  | 5d. **Required repayments of retirement fund loans**   5d. | $0.00 | $0.00 |
|  | 5e. **Insurance**   5e. | $0.00 | $0.00 |
|  | 5f. **Domestic support obligations**   5f. | $0.00 | $0.00 |
|  | 5g. **Union dues**   5g. | $0.00 | $0.00 |
|  | 5h. **Other deductions.** Specify: _____   5h. + | $0.00  + | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $0.00 | $0.00 |
| 8. | **List all other income regularly received:** | | |
|  | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. | $5,100.00 | $0.00 |
|  | 8b. **Interest and dividends**   8b. | $0.00 | $0.00 |
|  | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. | $0.00 | $0.00 |
|  | 8d. **Unemployment compensation**   8d. | $1,725.00 | $0.00 |
|  | 8e. **Social Security**   8e. | $0.00 | $0.00 |
|  | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $0.00 | $0.00 |
|  | 8g. **Pension or retirement income**   8g. | $0.00 | $0.00 |
|  | 8h. **Other monthly income.** Specify: _____   8h. + | $0.00  + | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. | $6,825.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse   10. | $6,825.00  + | $0.00  = $6,825.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | | 11. + $0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | | 12. $6,825.00 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☑ No.
   ☐ Yes. Explain: _____

Official Form 106I                    **Schedule I: Your Income**                    page **2**

| Debtor 1 | **Todd** | | **Diedrich** | |
|---|---|---|---|---|
| Debtor 2 | **Ashley** | | **Esquivel** | Case number *(if known)* 6:23-bk-12440-RB |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income:     $1,300.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

   TOTAL PAYMENTS TO SECURED CREDITORS     $0.00

3. Other Expenses

   TOTAL OTHER EXPENSES     $0.00

4. TOTAL MONTHLY EXPENSES(Add item 2 - 21)     $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5. AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)     $1,300.00

| Debtor 1 | **Todd** | | **Diedrich** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Ashley** | | **Esquivel** | | Case number *(if known)* 6:23-bk-12440-RB |
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement

### Rental Income

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $3,800.00 |
| 2. | TOTAL EXPENSES | $0.00 |
| 3. | AVERAGE NET MONTHLY INCOME | $3,800.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Todd** | | **Diedrich** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Ashley** | | **Esquivel** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **6:23-bk-12440-RB** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent...............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 10 | ☐ No.  ☑ Yes. |
   | Child | 15 | ☐ No.  ☑ Yes. |
   | Child | 12 | ☐ No.  ☑ Yes. |
   | Child | 11 | ☐ No.  ☑ Yes. |
   |  |  | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $150.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Todd** | | **Diedrich** | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Ashley** | | **Esquivel** | | Case number *(if known)* | 6:23-bk-12440-RB |
| | First Name | Middle Name | Last Name | | | |

| | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $0.00
   - 6b. Water, sewer, garbage collection — 6b. $0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $300.00
   - 6d. Other. Specify: _____ — 6d. $0.00

7. **Food and housekeeping supplies** — 7. $1,100.00

8. **Childcare and children's education costs** — 8. $0.00

9. **Clothing, laundry, and dry cleaning** — 9. $150.00

10. **Personal care products and services** — 10. $150.00

11. **Medical and dental expenses** — 11. $225.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $450.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $0.00

14. **Charitable contributions and religious donations** — 14. $0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $0.00
    - 15b. Health insurance — 15b. $0.00
    - 15c. Vehicle insurance — 15c. $65.00
    - 15d. Other insurance. Specify: _____ — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ — 16. $0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    2015 Ford F150 Supercrew Cab XLT — 17a. $0.00
    - 17b. Car payments for Vehicle 2 — 17b. $0.00
    - 17c. Other. Specify: _____ — 17c. $0.00
    - 17d. Other. Specify: _____ — 17d. $0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. $0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____ — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property — 20a. $0.00
    - 20b. Real estate taxes — 20b. $0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $0.00
    - 20e. Homeowner's association or condominium dues — 20e. $0.00

| | | |
|---|---|---|
| Debtor 1 | **Todd** | **Diedrich** |
| Debtor 2 | **Ashley** | **Esquivel** |
| | First Name    Middle Name | Last Name |

Case number *(if known)* 6:23-bk-12440-RB

21. **Other.** Specify: ____Saving for move____   21.  **+**   $450.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a.    $3,040.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $3,040.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.    $6,825.00

   23b. Copy your monthly expenses from line 22c above.    23b.  –  $3,040.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*    23c.    $3,785.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.   None
   ☐ Yes.

Official Form 106J    **Schedule J: Your Expenses**    page **3**