| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 26 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** moser    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>TODD DIEDRICH, and<br><br>ASHLEY ESQUIVEL,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-12440-RB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

Based on Debtor's motion filed on (*date*) **January 10, 2024** as docket entry number **36** and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted    ☐    Denied

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion.

TRUSTEE'S RECOMMENDATION: PLAN PAYMENTS FOR 1/2024 AND 2/2024 ARE REDUCED TO $998 TO CURE THE DELINQUENCY. PLAN PAYMENTS OF $4,212 RESUME IN 3/2024. ALL OTHER PLAN TERMS REMAIN THE SAME.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3015-1.14.ORDER.CH13.GENRL

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: February 26, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*            Page 2            **F 3015-1.14.ORDER.CH13.GENRL**