# UNITED STATES BANKRUPTCY COURT

# Central District of California (Riverside)

| | |
|---|---|
| IN RE:<br><br>Todd Diedrich, *dba* A Drain Man<br><br>*Joint Debtor,*<br><br>Ashley Esquivel<br><br>        DEBTOR, | CASE NO: **23-bk-12440-RB**<br>CHAPTER: **13**<br><br>CREDITOR'S NOTICE OF ADDRESS CHANGE FOR PREPETITION PAYMENTS/NOTICES AND POSTPETITION PAYMENTS |

Claim Number:  16

Name of Creditor:   Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Legal TitleTrustee of the Bunker Hill Loan Depositary Trust 2019-3

The above-named Creditor files this notice of its loan servicer's mailing address change to be used to provide notices and/or to deliver payments in this case.

| **Prepetition Correspondence** | | **Postpetition Correspondence** | |
|---|---|---|---|
| Current Address to be changed: 3 Ada Parkway, Suite 200A, Irvine CA 92618 | | Current Address to be changed: 3 Ada Parkway, Suite 200A, Irvine CA 92618 | |
| Loan Servicer's Name | Citadel Servicing Corporation | Loan Servicer's Name | Citadel Servicing Corporation |
| Address | 3 Ada Parkway, Suite 200A, Irvine CA 92618 | Address | 3 Ada Parkway, Suite 200A, Irvine CA 92618 |

| | | | | |
|---|---|---|---|---|
| | | | | |
| Last 4 Digits of Account | 2045 | | Last 4 Digits of Account | 2045 |
| **Prepetition Payments** | | | **Postpetition Payments** | |
| New Address to be used for payments:<br>P.O. Box 735617 Chicago, IL 60673-5617 | | | New Address to be used for payments: P.O. Box 735617 Chicago, IL 60673-5617 | |
| Loan Servicer's Name | Citadel Servicing Corporation-Lockbox | | Loan Servicer's Name | Citadel Servicing Corporation-Lockbox |
| Address | P.O. Box 735617 Chicago, IL 60673-5617 | | Address | P.O. Box 735617 Chicago, IL 60673-5617 |
| Telephone No. | (888) 800-7661 | | Telephone No. | (888) 800-7661 |
| Last 4 Digits of Account | 2045 | | Last 4 Digits of Account | 2045 |

*I declare under penalty of perjury that the address information provided in this Notice of Address Change is true and correct to the best of my knowledge, information and reasonable belief.*

Name: *Kelli Brown*
Signature: *Kelli Brown*

Date: **03/18/2024**

**Ghidotti | Berger LLP**

*/s/ Kelli Brown*_____
Kelli Brown, Esq.
1920 Old Tustin Ave.
Santa Ana, CA 92705
Telephone: (949) 427-2010
Email: Kbrown@ghidottiberger.com

CERTIFICATE OF SERVICE

On **March 18, 2024** I hereby certify that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons either by U.S. Mail or Electronic Mail at the addresses below:

<u>VIA UNITED STATES MAIL:</u>
*Debtor*
*Todd Diedrich*
*2052 Scott Drive*
*Helena, MT 59601*


*United States Trustee*
*3801 University Avenue, Suite 720*
*Riverside, CA 92501-3200*

<u>VIA ECF:</u>
*Debtor's Counsel*
Benjamin Heston
bhestonecf@gmail.com

*Chapter 13 Trustee*
Rod Danielson
notice-efile@rodan13.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maria Orozco