Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:23-bk-12440-RB  AS OF 3/29/2024

TODD DIEDRICH
ASHLEY ESQUIVEL
2052 SCOTT DRIVE
HELENA, MT  59601

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/12/24 | $2,200.00 | 03/2024 | $2,200.00 |
| 02/27/24 | $2,000.00 | 02/2024 | $4,000.00 |
| 02/13/24 | $2,000.00 | 01/2024 | $4,220.00 |
| 01/12/24 | $4,220.00 | 12/2023 | $4,200.00 |
| 12/11/23 | $1,990.00 | 11/2023 | $4,212.00 |
| 12/06/23 | $1,990.00 | 10/2023 | $4,212.00 |
| 12/06/23 | $220.00 | 09/2023 | $0.00 |
| 11/07/23 | $1,990.00 | 08/2023 | $4,212.00 |
| 11/07/23 | $232.00 | 07/2023 | $815.00 |
| 11/07/23 | $1,990.00 | 06/2023 | $0.00 |
| 10/16/23 | $4,212.00 | 05/2023 | $0.00 |
| 08/30/23 | $4,212.00 | 04/2023 | $0.00 |

CURRENT CASE DISPOSITION: <u>ACTIVE</u>

| | | | |
|---|---|---|---|
| FILING DATE: 06/07/2023 | MONTHLY PLAN PMT AMT: $4,212.00 | FEES PAID TO ATTY: | $3,500.00 |
| 1ST MEETING DATE: 07/12/2023 | GROSS RECEIPTS: $28,071.00 | FEES PAID TO TRUSTEE: | $2,807.10 |
| CONFIRMATION DATE: 10/04/2023 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: | $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $19,783.90 | BALANCE ON HAND: | $1,980.00 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0001 | AFFIRM | UNSECURED | 0.00 | $159.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | AWA COLLECTIONS | UNSECURED | 0.00 | $234.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | $266.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | CAPITAL ONE NA | UNSECURED | 0.00 | $824.00 | $824.76 | $0.00 | $0.00 | $824.76 |
| 0005 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $429.00 | $429.07 | $0.00 | $0.00 | $429.07 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $267.00 | $315.51 | $0.00 | $0.00 | $315.51 |
| 0007 | CREDIT CONTROL CORP | UNSECURED | 0.00 | $91.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,079.00 | $1,079.32 | $0.00 | $0.00 | $1,079.32 |
| 0009 | DISCOVER BANK | UNSECURED | 0.00 | $2,278.00 | $2,278.58 | $0.00 | $0.00 | $2,278.58 |
| 0010 | ELEGANT DENTAL CARE | UNSECURED | 0.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | I.C. SYSTEM INC. | UNSECURED | 0.00 | $262.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $832.00 | $832.50 | $0.00 | $0.00 | $832.50 |
| 0013 | LA CURACAO | UNSECURED | 0.00 | $789.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,569.00 | $1,569.93 | $0.00 | $0.00 | $1,569.93 |
| 0015 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,401.00 | $1,401.55 | $0.00 | $0.00 | $1,401.55 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,181.00 | $1,181.37 | $0.00 | $0.00 | $1,181.37 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,079.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,033.00 | $1,033.37 | $0.00 | $0.00 | $1,033.37 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 0.00 | $595.00 | $595.41 | $0.00 | $0.00 | $595.41 |
| 0020 | LVNV FUNDING LLC | UNSECURED | 0.00 | $539.00 | $539.68 | $0.00 | $0.00 | $539.68 |
| 0021 | LVNV FUNDING LLC | UNSECURED | 0.00 | $491.00 | $491.20 | $0.00 | $0.00 | $491.20 |
| 0022 | LVNV FUNDING LLC | UNSECURED | 0.00 | $490.00 | $490.32 | $0.00 | $0.00 | $490.32 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 0.00 | $480.00 | $480.48 | $0.00 | $0.00 | $480.48 |
| 0024 | NATIONAL CREDIT ADJUSTERS, LLC | UNSECURED | 0.00 | $315.00 | $315.00 | $0.00 | $0.00 | $315.00 |
| 0025 | PAULSON ORTHODONTICS | UNSECURED | 0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | SOUTHERN CALIFORNIA EDISON | UNSECURED | 0.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0027 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $455.00 | $424.33 | $0.00 | $0.00 | $424.33 |
| 0028 | VANCE & HUFFMAN LLC | UNSECURED | 0.00 | $1,264.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | WILMINGTON SAVINGS FUND SOCIE | MORTGAGE ARREARS | 0.00 | $23,000.00 | $22,954.87 | $1,252.61 | $0.00 | $21,702.26 |
| 0030 | EXETER FINANCE LLC | SECURED | 10.25 | $26,870.00 | $24,425.00 | $0.00 | $1,316.12 | $24,425.00 |
| 0031 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $618.27 | $0.00 | $0.00 | $618.27 |
| 0032 | FIRST PORTFOLIO VENTURES II LL( | UNSECURED | 0.00 | $0.00 | $967.36 | $0.00 | $0.00 | $967.36 |
| 0033 | FIRST PORTFOLIO VENTURES II LL( | UNSECURED | 0.00 | $0.00 | $1,122.04 | $0.00 | $0.00 | $1,122.04 |
| 0034 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $0.00 | $436.18 | $0.00 | $0.00 | $436.18 |
| 0035 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $69.44 | $0.00 | $0.00 | $69.44 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $75.92 | $0.00 | $0.00 | $75.92 |
| 0037 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $0.00 | $756.11 | $0.00 | $0.00 | $756.11 |
| 0038 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $0.00 | $624.97 | $0.00 | $0.00 | $624.97 |
| 0039 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $0.00 | $1,109.72 | $0.00 | $0.00 | $1,109.72 |
| 0040 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $0.00 | $728.42 | $0.00 | $0.00 | $728.42 |
| 0041 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $0.00 | $404.46 | $0.00 | $0.00 | $404.46 |
| 0042 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $0.00 | $2,102.13 | $0.00 | $0.00 | $2,102.13 |
| 0043 | WILMINGTON SAVINGS FUND SOCIE | SECURED ON-GOING DEBT | 0.00 | $0.00 | $2,459.31 | $17,215.17 | $0.00 | $0.00 |

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:23-bk-12440-RB  AS OF 3/29/2024**

**CONTINUED**

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0044 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10030 | EXETER FINANCE LLC | UNSECURED | 0.00 | $0.00 | $2,831.73 | $0.00 | $0.00 | $2,831.73 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$72,256.39** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.