Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

TODD DIEDRICH
ASHLEY ESQUIVEL

Debtor(s).

Case No.: 6:23-bk-12440-RB

NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE
[ 11 U.S.C. 1307(c) ]

Hearing Date: 08/21/2024

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 07/09/2024.

The hearing on this motion which was scheduled for 08/21/2024, should be taken off calendar.

DELINQUENCY MOTION IS WITHDRAWN.

Date: 08/06/2024

/s/ Rod Danielson
Signature

FG:181 - 08/06/2024 - RD