United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12440-RB |
| Todd Diedrich | Chapter 13 |
| Ashley Esquivel | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: admin    Page 1 of 2
Date Rcvd: Sep 13, 2024    Form ID: pdf042    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Diedrich, 2052 Scott Drive, Helena, MT 59601-5501 |
| jdb | #+ | Ashley Esquivel, 2052 Scott Drive, Helena, MT 59601-5501 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

**Name    Email Address**

Arvind Nath Rawal
    on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Benjamin Heston
    on behalf of Debtor Todd Diedrich bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Joint Debtor Ashley Esquivel bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Coats
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf042 | Total Noticed: 2 |

          Bunker Hill Loan Depositary Trust 2019-3 dcoats@ghidottiberger.com

Kelli M Brown
          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 kelbrown@raslg.com

Kelly Lukason
          on behalf of Creditor Jefferson Capital Systems LLC kelly.lukason@jcap.com

Michelle R Ghidotti
          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal TitleTrustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com

Noemi Padilla
          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, npadilla@ghidottiberger.com

Rod Danielson (TR)
          notice-efile@rodan13.com

Shannon A Doyle
          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 sdoyle@ghidottiberger.com

Sheryl K Ith
          on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com

United States Trustee (RS)
          ustpregion16.rs.ecf@usdoj.gov

TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Debtor appearing without attorney*<br>☐ *Attorney for:*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 13 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>TODD DIEDRICH, and<br><br>ASHLEY ESQUIVEL,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-12440-RB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) September 11, 2024 as docket entry number 61 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐   Granted        ☐   Denied

☒   Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐   Granted on the following conditions:

☐   Set for hearing on (*date*) _____ at (*time*) _____.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 1                        **F 3015-1.14.ORDER.CH13.GENRL**

###

Date: September 13, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  F 3015-1.14.ORDER.CH13.GENRL