**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-12440-RB |
| **TODD DIEDRICH, and** | Chapter 13 |
| **ASHLEY EQUIVEL,** | **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** |
| Debtors. | |
| | **Hearing:**<br>Date:  November 8, 2024<br>Time:  3:00 p.m.<br>Courtroom:  303<br>Location:  3420 Twelfth Street<br>              Riverside, CA 92501 |

TO THE HONORABLE MAGEDELENA REYES-BORDEAUX, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtors, Todd Diedrich and Ashley Esquivel, hereby oppose the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that they will cure the payment delinquency prior to the hearing on this Motion or they will move to modify their plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding has been set for November 8, 2024, at 3:00 p.m. in Courtroom 303 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: October 27, 2024

NEXUS BANKRUPTCY

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/27/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kelli M Brown     kelbrown@raslg.com
David Coats     dcoats@ghidottiberger.com
Rod Danielson (TR)     notice-efile@rodan13.com
Shannon A Doyle     sdoyle@ghidottiberger.com
Michelle R Ghidotti     bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com
Sheryl K Ith     sith@cookseylaw.com
Kelly Lukason     kelly.lukason@jcap.com
Noemi Padilla     bknotifications@ghidottiberger.com, npadilla@ghidottiberger.com
Arvind Nath Rawal     arawal@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**