United States Bankruptcy Court

Central District of California

In re:  Case No. 23-12440-RB
Todd Diedrich  Chapter 13
Ashley Esquivel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 31, 2024      Form ID: van221mz      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Diedrich, 2052 Scott Drive, Helena, MT 59601-5501 |
| jdb | #+ | Ashley Esquivel, 2052 Scott Drive, Helena, MT 59601-5501 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Todd Diedrich bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Ashley Esquivel bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal Title Trustee of the |

District/off: 0973-6     User: admin     Page 2 of 2
Date Rcvd: Oct 31, 2024     Form ID: van221mz     Total Noticed: 2

Bunker Hill Loan Depositary Trust 2019-3 dcoats@ghidottiberger.com

Kelli M Brown
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 kelbrown@raslg.com

Kelly Lukason
on behalf of Creditor Jefferson Capital Systems LLC kelly.lukason@jcap.com

Michelle R Ghidotti
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal TitleTrustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com

Noemi Padilla
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, npadilla@ghidottiberger.com

Rod Danielson (TR)
notice-efile@rodan13.com

Shannon A Doyle
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 sdoyle@ghidottiberger.com

Sheryl K Ith
on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 12

FormCACB (hrgcnt – van221mz)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Todd Diedrich
dba A Drain Man
**SSN:** xxx–xx–4797
**EIN:** 11-3843711
Ashley Esquivel

**SSN:** xxx–xx–1306
2052 Scott Drive
Helena, MT 59601

**BANKRUPTCY NO.** 6:23–bk–12440–RB
**CHAPTER** 13

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Trustee's Motion to Dismiss Case.

Is hereby rescheduled/continued.

**Current hearing date:**
- **Date:** November 8, 2024
- **Time:** 3:00 PM
- **Hearing Judge:** Magdalena Reyes Bordeaux

**New hearing date:**
- **Date:** **November 15, 2024**
- **Time:** **03:00 PM**
- **Hearing Judge:** **Magdalena Reyes Bordeaux**

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

- **Videoconference URL:** https://cacb.zoomgov.com/s/1615093469
- **Meeting ID:** 161 509 3469
- **Password:** 3032024

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

- **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
- **Meeting ID:** 161 509 3469
- **Password:** 3032024

Dated: October 31, 2024

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgcnt – van221mz v. 12/2021))

72 – 69 / SH