| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☒ Attorney for: Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 25 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

| In re:<br><br>TODD DIEDRICH, and<br><br>ASHLEY ESQUIVEL,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-12440-RB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) February 18, 2025 as docket entry number 86 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted          ☐    Denied

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on [Docket no. 88] or objection to Debtor's motion

(A) Immediately upon close of escrow debtor shall provide the Trustee with a final closing statement showing all liens paid off through escrow so Trustee can stop payments on the claim(s),
(B) Escrow is instructed to turn over excess sales proceeds, if any, to the Trustee in the amount specific in the Trustee's demand to escrow. The balance of any proceeds in excess of the Trustee's demand may be paid to the debtor(s),
(C) That all lienholders consent to the release of their liens.
(D) The Trustee is authorized to take his statutory fee on secured and priority debts paid through escrow.

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: February 25, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 3015-1.14.ORDER.CH13.GENRL