United States Bankruptcy Court

Central District of California

In re:  Case No. 23-12440-RB
Todd Diedrich  Chapter 13
Ashley Esquivel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 4
Date Rcvd: Feb 27, 2025      Form ID: van153      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Diedrich, 2052 Scott Drive, Helena, MT 59601-5501 |
| jdb | #+ | Ashley Esquivel, 2052 Scott Drive, Helena, MT 59601-5501 |
| 41627427 | + | Citadel Servicing Corp DBA Acra Lending, 3 Ada Pkwy Suite 200A, Irvine, CA 92618-2322 |
| 41562043 | | ELEGANT DENTAL CARE, 24950 REDLANDS BLVE, STE B, Loma Linda, CA 92354-4028 |
| 41562052 | | PAULSON ORTHODONTICS, 219 Cajon St, Redlands, CA 92373-5201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Feb 28 2025 05:47:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 28 2025 05:47:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Feb 28 2025 05:47:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2025 01:54:31 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: JEFFERSONCAP.COM | Feb 28 2025 05:47:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 41562034 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 28 2025 01:54:25 | AFFIRM, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 41562035 | ^ | MEBN | Feb 28 2025 00:55:11 | AWA COLLECTIONS, PO Box 6605, Orange, CA 92863-6605 |
| 41562036 | | EDI: BANKAMER | Feb 28 2025 05:44:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 41562037 | | EDI: CAPITALONE.COM | Feb 28 2025 05:44:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41562037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 01:54:41 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41562039 | | EDI: WFNNB.COM | | |

Case 6:23-bk-12440-RB    Doc 94    Filed 03/01/25    Entered 03/01/25 21:20:39    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: van153 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 28 2025 05:47:00 | COMENITY BANK, PO Box 182789, Columbus, OH 43218-2789 |
| 41562040 | | Email/Text: bankruptcy@credcontrol.com | Feb 28 2025 01:50:00 | CREDIT CONTROL CORP, 11821 Rock Landing Dr, Newport News, VA 23606-4225 |
| 41562041 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2025 01:54:40 | CREDIT ONE BANK, PO Box 98872, Las Vegas, NV 89193-8872 |
| 41577395 | | EDI: CAPITALONE.COM | Feb 28 2025 05:44:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41577395 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 02:15:15 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41562042 | | EDI: DISCOVER | Feb 28 2025 05:44:00 | DISCOVER BANK, PO Box 30939, Salt Lake Cty, UT 84130-0939 |
| 41571788 | | EDI: DISCOVER | Feb 28 2025 05:44:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 41562044 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 28 2025 01:54:43 | Exeter Finance, Po Box 166008, Irving, TX 75016-6008 |
| 41598436 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 28 2025 01:54:44 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 41565577 | ^ | MEBN | Feb 28 2025 00:55:29 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 41738131 | | EDI: CALTAX.COM | Feb 28 2025 05:47:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41562045 | | EDI: LCIICSYSTEM | Feb 28 2025 05:44:00 | I.C. SYSTEM INC., Po Box 64378, Saint Paul, MN 55164-0378 |
| 41562046 | | EDI: JEFFERSONCAP.COM | Feb 28 2025 05:47:00 | JEFFERSON CAPITAL SYSTEMS, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 41646030 | | EDI: JEFFERSONCAP.COM | Feb 28 2025 05:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 41562047 | ^ | MEBN | Feb 28 2025 00:54:54 | LA CURACAO, 1605 W Olympic Blvd, Los Angeles, CA 90015-3861 |
| 41562049 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 01:54:40 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 41562048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 01:54:31 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 41565089 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 01:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41562051 | + | Email/Text: bankruptcy@ncaks.com | Feb 28 2025 01:50:00 | NATIONAL CREDIT ADJUST, 327 W 4TH AVE, HUTCHINSON, KS 67501-4842 |
| 41634242 | + | Email/Text: bankruptcy@ncaks.com | Feb 28 2025 01:50:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 41646218 | | EDI: PRA.COM | Feb 28 2025 05:47:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 41640482 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 01:54:24 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41638387 | | EDI: Q3G.COM | Feb 28 2025 05:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 41646222 | | EDI: Q3G.COM | Feb 28 2025 05:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 41633334 | EDI: Q3G.COM | Feb 28 2025 05:47:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41641964 | EDI: Q3G.COM | Feb 28 2025 05:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41562053 | ^ MEBN | Feb 28 2025 00:54:50 | RECEIVABLE MANAGEMENT, 240 EMERY ST # 7, BETHLEHEM, PA 18015-1980 |
| 41562054 | Email/Text: bankruptcygroup@sce.com | Feb 28 2025 01:50:00 | Southern California Edison, PO Box 800, Rosemead, CA 91770-0800 |
| 41562055 | ^ MEBN | Feb 28 2025 00:54:15 | TELECOM SELF-REPORTED, Po Box 4500, Allen, TX 75013-1311 |
| 41562056 | Email/Text: webadmin@vhllc.co | Feb 28 2025 01:51:00 | VANCE & HUFFMAN LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Exeter Finance LLC |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 41562050 | * | LVNV FUNDING LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 41562038 | ## | Citadel Servicing, 25541 Commercentre Dr Ste 250, Lake Forest, CA 92630-4555 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

**Name**              **Email Address**

Arvind Nath Rawal
                      on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Benjamin Heston
                      on behalf of Joint Debtor Ashley Esquivel bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
                      on behalf of Debtor Todd Diedrich bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

David Coats

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 dacoats@raslg.com

Kelli M Brown

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 kelbrown@raslg.com

Kelly Lukason

on behalf of Creditor Jefferson Capital Systems LLC kelly.lukason@jcap.com

Michelle R Ghidotti

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal TitleTrustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com

Noemi Padilla

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 bknotifications@ghidottiberger.com, npadilla@ghidottiberger.com

Rod Danielson (TR)

notice-efile@rodan13.com

Shannon A Doyle

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Legal Title Trustee of the Bunker Hill Loan Depositary Trust 2019-3 sdoyle@ghidottiberger.com

Sheryl K Ith

on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Todd Diedrich
dba A Drain Man

**BANKRUPTCY NO.** 6:23−bk−12440−RB

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−4797
Employer Tax−Identification (EIN) No(s).(if any): 11−3843711
**Debtor Dismissal Date:** 2/27/25

**JOINT DEBTOR INFORMATION:**
Ashley Esquivel

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−1306
Employer Tax−Identification (EIN) No(s).(if any): N/A
**Joint Debtor Dismissal Date:** 2/27/25

**Address:**
2052 Scott Drive
Helena, MT 59601

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is vacated. All pending motions and adversary proceedings are moot and dismissed.

Dated: February 27, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153−od13d Rev. 06/2017

**92 − 69, 90 / SH**