| | |
|---|---|
| 1 | **Rod Danielson** |
| | **Chapter 13 Trustee** |
| 2 | **3787 University Avenue** |
| | **Riverside, CA 92501** |
| 3 | **Tel.: (951) 826-8000** |
| | **Fax: (951) 826-8090** |
| 4 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | | |
|---|---|---|
| IN RE: | | Case No.: 6:23-bk-12440-RB |
| TODD DIEDRICH | | DECLARATION RE NON-RECEIPT OF |
| ASHLEY ESQUIVEL | | OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |
| | | (DISMISSED CASE) |
| | Debtor(s). | |

On <u>03/11/2025</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>4/17/2025</u> at Riverside, California.


Dated: <u>04/17/2025</u>                                         /s/ Rod Danielson
                                                                              Signature

FG:049 - 04/17/2025 - TH