**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**6 DIVISION**

| | |
|---|---|
| In re:<br><br>TODD DIEDRICH<br>ASHLEY ESQUIVEL<br>Debtor(s) | Case No. 6:23-bk-12440-RB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Rod Danielson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2023.

2) The plan was confirmed on 10/04/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/26/2024, 09/13/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/08/2023, 07/10/2024, 10/10/2024.

5) The case was dismissed on 02/27/2025.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $494,930.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $49,171.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $49,171.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,917.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,417.10

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| AWA COLLECTIONS | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 824.00 | 824.76 | 824.76 | 0.00 | 0.00 |
| CREDIT CONTROL CORP | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 2,278.00 | 2,278.58 | 2,278.58 | 0.00 | 0.00 |
| ELEGANT DENTAL CARE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| FIRST PORTFOLIO VENTURES II LLC | Unsecured | NA | 967.36 | 967.36 | 0.00 | 0.00 |
| FIRST PORTFOLIO VENTURES II LLC | Unsecured | NA | 1,122.04 | 1,122.04 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| I.C. SYSTEM INC. | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 832.00 | 832.50 | 832.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Secured | 26,870.00 | 24,425.00 | 24,425.00 | 1,599.84 | 3,107.48 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 624.97 | 624.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 1,109.72 | 1,109.72 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 728.42 | 728.42 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 404.46 | 404.46 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 2,831.73 | 2,831.73 | 0.00 | 0.00 |
| LA CURACAO | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,569.00 | 1,569.93 | 1,569.93 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,401.00 | 1,401.55 | 1,401.55 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,181.00 | 1,181.37 | 1,181.37 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,079.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,033.00 | 1,033.37 | 1,033.37 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 595.00 | 595.41 | 595.41 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 539.00 | 539.68 | 539.68 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 491.00 | 491.20 | 491.20 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 490.00 | 490.32 | 490.32 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 480.00 | 480.48 | 480.48 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,079.00 | 1,079.32 | 1,079.32 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 75.92 | 75.92 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 618.27 | 618.27 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS, LLC | Unsecured | 315.00 | 315.00 | 315.00 | 0.00 | 0.00 |
| PAULSON ORTHODONTICS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 455.00 | 424.33 | 424.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PINNACLE CREDIT SERVICES LLC | Unsecured | NA | 69.44 | 69.44 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 429.00 | 429.07 | 429.07 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 267.00 | 315.51 | 315.51 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 756.11 | 756.11 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 436.18 | 436.18 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 2,102.13 | 2,102.13 | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| VANCE & HUFFMAN LLC | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 23,000.00 | 22,954.87 | 22,954.87 | 4,434.32 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | NA | 0.00 | 0.00 | 31,612.26 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | $0.00 | $31,612.26 | $0.00 |
| Mortgage Ongoing | $22,954.87 | $4,434.32 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,425.00 | $1,599.84 | $3,107.48 |
| All Other Secured | **$47,379.87** | **$37,646.42** | **$3,107.48** |
| **TOTAL SECURED:** | | | |
| **Priority Unsecured Payments:** | $0.00 | $0.00 | $0.00 |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | **$0.00** | **$0.00** | **$0.00** |
| **TOTAL PRIORITY:** | | | |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,417.10 |
| Disbursements to Creditors | $40,753.90 |
| **TOTAL DISBURSEMENTS:** | **$49,171.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/17/2025                By:        /s/ Rod Danielson
                                              Signature

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

| In re:  **TODD DIEDRICH** | **Chapter: 13** |
|---|---|
| **ASHLEY ESQUIVEL** | |
| Debtors | Case Number: **6:23-bk-12440-RB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **04/17/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person (s) are on the Electronic Mail Notice List to receive NEF transmission at the email address (es) indicated below:
**US Trustee: ustpregion16.rs.ecf@usdoj.gov**
**ben@nexusbk.com**

☐ Service Information continued on attached pag

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **04/17/2025** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid,  and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge  will be completed no later than 24 hours after the document is filed.*

TODD DIEDRICH                              NEXUS BANKRUPTCY
ASHLEY ESQUIVEL                        3090 BRISTOL ST #400
2052 SCOTT DRIVE                        COSTA MESA, CA  92626
HELENA, MT  59601

☐ Service Information continued on attached pag

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached pag

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/17/2025 | Tony Ho | /s/ Tony Ho |
|---|---|---|
| Date | Type Name | Signature |

**UST Form 101-13-FR-S (09/01/2009)**